IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

T.C. MATHIS
*On Behalf of*
K.M., A Minor Child                                                              PLAINTIFF

VS.                              CASE NO. 07-CV-1070

MICHAEL J. ASTRUE
Commissioner, Social Security
Administration                                                                   DEFENDANT

## ORDER

  Before the Court is the Report and Recommendation filed on February 25, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 9). Ten (10) days have passed without objections being filed by the parties. The Court adopts *in toto* the Magistrate Judge's findings and recommendations.

  Accordingly, the Court finds that the Plaintiff's Motion to Dismiss should be and hereby is **granted**. The Plaintiff's case is hereby dismissed without prejudice. Fed.R.Civ.P. 41(a)(2).

  IT IS SO ORDERED, this 14th day of March, 2008.

                /s/Harry F. Barnes
               Hon. Harry F. Barnes
               United States District Judge